39 So.2d 53

### Lambda ANDERSON v. STATE.
6 Div. 701.

Court of Appeals of Alabama.
Dec. 14, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

42 So.2d 844

### Malcolm T. ANDRESS, alias v. STATE.
4 Div. 118.

Court of Appeals of Alabama.
Nov. 15, 1949.

John C. Walters, of Troy, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

41 So.2d 913

### Willie Lee ANTHONY v. STATE.
6 Div. 762.

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

38 So.2d 196

### Esco ARRINGTON v. STATE.
I Div. 567.

Court of Appeals of Alabama.
Nov. 16, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

39 So.2d 53

### Eli (alias Elias, alias Ely) ASHER v. STATE.
8 Div. 661.

Court of Appeals of Alabama.
Jan. 25, 1949.

A. A. Carmichael, Atty Gen., for the State.

HARWOOD, Judge.
Affirmed.

38 So.2d 196

### Amos Lay BAILEY v. STATE.
6 Div. 628.

Court of Appeals of Alabama.
Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.